Outdoor Lighting Service, Inc., appellee, v. Harold Shlensky, appellant. Gen. No. 34,236.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

William Levine, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee; Francis E. Hinckley, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

George Smith, appellee, v. Frank Anderson, appellant. Gen. No. 34,261.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Ashcraft & Ashcraft, for appellant; Russell F. Locke, of counsel. Marcus A. Colberg, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Coulter Lumber Company, appellee, v. Hyman Feinberg, appellant. Gen. No. 34,298.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

James R. Quinn, for appellant. A. L. Schapiro, for appellee; W. G. Lesemann, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

George J. Katsigiannis, appellee, v. Central Trust Company of Illinois, appellant. Gen. No. 34,309.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Fisher, Boyden, Bell, Boyd & Marshall, for appellant; Hayden N. Bell, Louis H. German and William G. Blood, of counsel. Charles Waldman, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.